**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Doris Helga Martin<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9309<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter:  7   12/21/18 |
| Case number: | 18–34930–JNP | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Doris Helga Martin | |
| 2. | **All other names used in the last 8 years** | aka Doris Ferraro, aka Doris H. Ferraro | |
| 3. | **Address** | 7 North 5th Street<br>National Park, NJ 08063 | |
| 4. | **Debtor's attorney**<br>Name and address | Joel R. Spivack<br>Law Office of Joel R. Spivack<br>1820 Chapel Avenue West<br>Suite 195<br>Cherry Hill, NJ 08002 | Contact phone (856) 488–1200 |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph Marchand<br>117–119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302 | Contact phone (856) 451–7600 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street  Camden, NJ 08102  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 856–361–2300  Date: 12/22/18 |
| **7.** | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 28, 2019 at 09:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 3/29/19** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-34930-JNP
Doris Helga Martin                                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                    Page 1 of 2                    Date Rcvd: Dec 26, 2018
                              Form ID: 309A                  Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2018.
```
db             +Doris Helga Martin,    7 North 5th Street,    National Park, NJ 08063-1107
517932770      +CareCentrix,    American Medical Collection Agency,    4 Westchester Plaza,   Building 4,
                 Elmsford, NY 10523-1612
517932773      +City of Philadelphia,    Parking Violations Branch,    913 Filbert Street,
                 Philadelphia, PA 19107-3117
517932777      +Dentistry of South Jersey,    Dr. Brady Sherly DMD,    640 Kings Highway,
                 Woodbury, NJ 08096-3145
517932783     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
               (address filed with court: Forster & Garbus,    60 Motor Parkway,    Commack, NY 11725-5710)
517932784      +Inspira Health Network,    509 North Broad Street,    Woodbury, NJ 08096-1617
517932787      +Jefferson Surgery Center at Navy Yard,    3 Crescent Drive,    Suite 301,
                 Philadelphia, PA 19112-1017
517932788      +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
517932789      +Kristina G. Murtha, Esq.,    KML Law Group,    216 Haddon Avenue, Suite 406,
                 Mellon Independence Ctr, 701 Market St,    Westmont, NJ 08108-2812
517932792      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517932793      +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517932796      +NovaCare Rehabilitation,    4716 Gettysburg Road,    Mechanicsburg, PA 17055-4325
517932798       PA Turnpike,    ATTN: Professional Account Management LL,    PO Box 1153,
                 Milwaukee, WI 53201-1153
517932799      +Pennsylvania Turnpike Commission,    Violation Processing Center,    300 East Park Drive,
                 Harrisburg, PA 17111-2729
517932804      +ProCo,    PO Box 2462,    Aston, PA 19014-0462
517932805      +Recon Ortho Assoc II PC,    PO Bxo 757910,    Philadelphia, PA 19175-7910
517932806      +Riverview Surgery Center at the Navy Yar,    3 Crescent Drive,    Suite 310,
                 Philadelphia, PA 19112-1017
517932807      +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
517932809     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269)
517932808      +Select Physical Therapy,    ATTN: Nationwide Recovery Service,    545 W. Inman Street,
                 Cleveland, TN 37311-1768
517932811      +United Anes Serv PC,    PO Box 828962,    Philadelphia, PA 19182-8962
517932812       United Anesthesia Services,    ATTN: M2 Revenue Group,    991 Oak Creek Drive,
                 Lombard, IL 60148-6408
517932813       United Anesthesia Services PC,    ATTN: M2 Revenue Group,    360 E. 22nd Street,
                 Lombard, IL 60148-4924
517932814      +Veripro Solutions Inc.,    PO Box 3244,    Coppell, TX 75019-9244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: joel@spivacklaw.com Dec 27 2018 00:30:00     Joel R. Spivack,
                 Law Office of Joel R. Spivack,    1820 Chapel Avenue West,    Suite 195,
                 Cherry Hill, NJ  08002
tr             +EDI: QJDMARCHAND.COM Dec 27 2018 04:53:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 00:31:24     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 00:31:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517932768       E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 27 2018 00:32:29
                 Berks Credit Collections,    PO Box 329,    Temple, PA 19560-0329
517932769      +E-mail/Text: clientrep@capitalcollects.com Dec 27 2018 00:32:22      Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
517932772      +E-mail/Text: bankruptcy@philapark.org Dec 27 2018 00:32:11      City of Philadelphia,
                 Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
517932771      +E-mail/Text: bankruptcy@philapark.org Dec 27 2018 00:32:11      City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
517932774      +EDI: CONVERGENT.COM Dec 27 2018 04:53:00      Convergent Outsourcing,    800 SW 39th Street,
                 PO Box 9004,    Renton, WA 98057-9004
517932775       EDI: RCSDELL.COM Dec 27 2018 04:53:00      Dell,    PO Box 80409,    Austin, TX 78708-0409
517932776       EDI: RCSDELL.COM Dec 27 2018 04:53:00      Dell Financial Services,    One Dell Way,
                 MS RR2DF-36,    Round Rock, TX 78682
517932778      +EDI: DISCOVER.COM Dec 27 2018 04:53:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517932780       E-mail/Text: bankruptcy.bnc@ditech.com Dec 27 2018 00:30:52      Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
517932779      +E-mail/Text: bankruptcy.bnc@ditech.com Dec 27 2018 00:30:52      Ditech,   Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517932781       EDI: FORD.COM Dec 27 2018 04:53:00      Ford Credit,    National Bankruptcy Service Center,
                 PO Box 537901,    Livonia, MI 48153-7901
517932782       EDI: FORD.COM Dec 27 2018 04:53:00      Ford Credit,    PO Box 17948,    Greenville, SC 29606-8948
517932786       EDI: IRS.COM Dec 27 2018 04:53:00      Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114
```

```
District/off: 0312-1          User: admin              Page 2 of 2                 Date Rcvd: Dec 26, 2018
                              Form ID: 309A            Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517932790     +EDI: FORD.COM Dec 27 2018 04:53:00      Lincoln Automotive Financial Service,    Attn: Bankruptcy,
               Po Box 542000,   Omaha, NE 68154-8000
517932791      E-mail/Text: mmrgbk@miramedrg.com Dec 27 2018 00:31:27      M2 Revenue Group,   Dept 77313,
               PO Box 77000,   Detroit, MI 48277-0313
517932794      E-mail/Text: helen.ledford@nrsagency.com Dec 27 2018 00:32:22       Nationwide Recovery Service,
               PO Box 8005,   Cleveland, TN 37320-8005
517932795     +E-mail/Text: helen.ledford@nrsagency.com Dec 27 2018 00:32:22       Natiowide Recovery Service,
               Attn: Bankruptcy,   Po Box 8005,   Cleveland, TN 37320-8005
517932797     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 00:31:20       Office of the U.S. Trustee,
               District of New Jersey,   U.S. Department of Justice,   One Newark Center, Suite 2100,
               Newark, NJ 07102-5235
517932800      EDI: PRA.COM Dec 27 2018 04:53:00      Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
517932802      EDI: PRA.COM Dec 27 2018 04:53:00      Portfolio Recovery Associates,   Disputes Department,
               140 Corporate Blvd,   Norfolk, VA 23502
517932803      EDI: PRA.COM Dec 27 2018 04:53:00      Portfolio Recovery Associates, LLC,
               120 Corporate Boulevard,   Norfolk, VA 23502
517932810     +E-mail/Text: cgrant@miomed.com Dec 27 2018 00:30:40      SyMed, Inc.,   2502 N. Clark Street,
               Suite 210,   Chicago, IL 60614-1850
517932815     +EDI: VERIZONCOMB.COM Dec 27 2018 04:53:00      Verizon,   Verizon Wireless Bk Admin,
               500 Technology Dr Ste 550,   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517932785*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   Special Procedures Branch,
               Bankruptcy Section,   PO Box 724,   Springfield, NJ 07081-0724)
517932801*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Assoc,   PO Box 12903,   Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2018 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0