# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**Doris Martin**  Case No.: 18-34930 JNP
Chapter: 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and Ford Motor Credit Company

**Location of Hearing**: United States Bankruptcy Court
400 Cooper Street, Courtroom 4C
Camden, NJ

**Date and Time:**  Tuesday, February 26, 2019 at 12:00 PM
or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2358 not later than 5 days before the hearing date. If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on February 1, 2019 the foregoing notice was served on the following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)

United States Bankruptcy Court
District of New Jersey

In re:  
Doris Helga Martin  
    Debtor

Case No. 18-34930-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 01, 2019  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.  
db         +Doris Helga Martin,    7 North 5th Street,    National Park, NJ 08063-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2019 at the address(es) listed below:
         Joel R. Spivack     on behalf of Debtor Doris Helga Martin joel@spivacklaw.com, admin@spivacklaw.com;r44331@notify.bestcase.com  
         John R. Morton, Jr.     on behalf of Creditor    Ford Motor Credit Company, LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Joseph     Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
         Kevin Gordon McDonald     on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                           TOTAL: 5