UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Doris Helga Martin

Case No.: 18-34930/JNP
Chapter: 7
Judge: JNP

**NOTICE OF PROPOSED ABANDONMENT**

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __March 5, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:<br>7 North 5th Street<br>National Park, NJ<br>FMV - $152,967.00 |
|---|---|

| Liens on property: | DiTech - $101,220.00<br>Mr. Cooper - $9,142.00 |
|---|---|

| Amount of equity claimed as exempt: | $23,675.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Doris Helga Martin  
    Debtor

Case No. 18-34930-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2        Date Rcvd: Feb 06, 2019  
                      Form ID: pdf905     Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2019.

```
db             +Doris Helga Martin,    7 North 5th Street,    National Park, NJ 08063-1107
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company, LLC,    P.O. Box 62180,
                Colorado Springs, CO  80962)
517932770      +CareCentrix,   American Medical Collection Agency,    4 Westchester Plaza,   Building 4,
                Elmsford, NY 10523-1612
517932773      +City of Philadelphia,   Parking Violations Branch,    913 Filbert Street,
                Philadelphia, PA 19107-3117
517932774      +Convergent Outsourcing,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
517932775     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:   Dell,    PO Box 80409,    Austin, TX 78708-0409)
517932777      +Dentistry of South Jersey,    Dr. Brady Sherly DMD,    640 Kings Highway,
                Woodbury, NJ 08096-3145
517932783     ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                (address filed with court:   Forster & Garbus,    60 Motor Parkway,    Commack, NY 11725-5710)
517932782       Ford Credit,    PO Box 17948,    Greenville, SC 29606-8948
517932784      +Inspira Health Network,    509 North Broad Street,    Woodbury, NJ 08096-1617
517932787      +Jefferson Surgery Center at Navy Yard,    3 Crescent Drive,    Suite 301,
                Philadelphia, PA 19112-1017
517932788      +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
517932789      +Kristina G. Murtha, Esq.,    KML Law Group,    216 Haddon Avenue, Suite 406,
                Mellon Independence Ctr, 701 Market St,    Westmont, NJ 08108-2812
517932790      +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
                Omaha, NE 68154-8000
517932792      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517932793      +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517932796      +NovaCare Rehabilitation,    4716 Gettysburg Road,    Mechanicsburg, PA 17055-4325
517932798       PA Turnpike,    ATTN: Professional Account Management LL,    PO Box 1153,
                Milwaukee, WI 53201-1153
517932799      +Pennsylvania Turnpike Commission,    Violation Processing Center,    300 East Park Drive,
                Harrisburg, PA 17111-2729
517932804      +ProCo,    PO Box 2462,    Aston, PA 19014-0462
517932805      +Recon Ortho Assoc II PC,    PO Bxo 757910,    Philadelphia, PA 19175-7910
517932806      +Riverview Surgery Center at the Navy Yar,    3 Crescent Drive,    Suite 310,
                Philadelphia, PA 19112-1017
517932807      +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
517932809     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of the Treasury,
                Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269)
517932808      +Select Physical Therapy,    ATTN: Nationwide Recovery Service,    545 W. Inman Street,
                Cleveland, TN 37311-1768
517932811      +United Anes Serv PC,    PO Box 828962,    Philadelphia, PA 19182-8962
517932812       United Anesthesia Services,    ATTN: M2 Revenue Group,    991 Oak Creek Drive,
                Lombard, IL 60148-6408
517932813       United Anesthesia Services PC,    ATTN: M2 Revenue Group,    360 E. 22nd Street,
                Lombard, IL 60148-4924
517932814      +Veripro Solutions Inc.,    PO Box 3244,    Coppell, TX 75019-9244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2019 00:18:43     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2019 00:18:41     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517932768       E-mail/Text: EBN_Greensburg@Receivemorermp.com Feb 07 2019 00:20:02
                Berks Credit Collections,    PO Box 329,    Temple, PA 19560-0329
517932769      +E-mail/Text: clientrep@capitalcollects.com Feb 07 2019 00:19:54     Capital Collection Service,
                PO Box 150,   West Berlin, NJ 08091-0150
517932772      +E-mail/Text: bankruptcy@philapark.org Feb 07 2019 00:19:35     City of Philadelphia,
                Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
517932771      +E-mail/Text: bankruptcy@philapark.org Feb 07 2019 00:19:35     City of Philadelphia,
                Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
517932778      +E-mail/Text: mrdiscen@discover.com Feb 07 2019 00:17:34     Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
517932780       E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2019 00:18:05     Ditech,    PO Box 6172,
                Rapid City, SD 57709-6172
517932779      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 07 2019 00:18:05     Ditech,    Attn: Bankruptcy,
                Po Box 6172,   Rapid City, SD 57709-6172
517932786       E-mail/Text: cio.bncmail@irs.gov Feb 07 2019 00:17:54     Internal Revenue Service,
                PO Box 21126,   Philadelphia, PA 19114
517932791       E-mail/Text: mmrgbk@miramedrg.com Feb 07 2019 00:18:45     M2 Revenue Group,    Dept 77313,
                PO Box 77000,   Detroit, MI 48277-0313
```

```
District/off: 0312-1          User: admin              Page 2 of 2                   Date Rcvd: Feb 06, 2019
                              Form ID: pdf905          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517932794        E-mail/Text: helen.ledford@nrsagency.com Feb 07 2019 00:19:55      Nationwide Recovery Service,
                  PO Box 8005,    Cleveland, TN 37320-8005
517932795       +E-mail/Text: helen.ledford@nrsagency.com Feb 07 2019 00:19:55      Natiowide Recovery Service,
                  Attn: Bankruptcy,    Po Box 8005,    Cleveland, TN 37320-8005
517932797       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2019 00:18:41      Office of the U.S. Trustee,
                  District of New Jersey,    U.S. Department of Justice,    One Newark Center, Suite 2100,
                  Newark, NJ 07102-5235
517932800        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2019 00:26:46
                  Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517932802        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2019 00:26:46
                  Portfolio Recovery Associates,    Disputes Department,    140 Corporate Blvd,
                  Norfolk, VA 23502
517932803        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2019 00:39:53
                  Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
517932810       +E-mail/Text: cgrant@miomed.com Feb 07 2019 00:17:50      SyMed, Inc.,    2502 N. Clark Street,
                  Suite 210,    Chicago, IL 60614-1850
517932815       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 07 2019 00:17:23
                  Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517932776*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                  (address filed with court: Dell Financial Services,    One Dell Way,    MS RR2DF-36,
                  Round Rock, TX 78682)
517932781*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Credit,    National Bankruptcy Service Center,    PO Box 537901,
                  Livonia, MI 48153-7901)
517932785*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                  (address filed with court: Internal Revenue Service,    Special Procedures Branch,
                  Bankruptcy Section,    PO Box 724,    Springfield, NJ 07081-0724)
517932801*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Assoc,    PO Box 12903,    Norfolk, VA 23541)
                                                                                     TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
          Joel R. Spivack    on behalf of Debtor Doris Helga Martin joel@spivacklaw.com,
           admin@spivacklaw.com;r44331@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Joseph Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```