In Re:

Doris Martin

**Order Filed on February 27,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey**

Case No.:    18-34930  JNP
Adv. No.:
Hearing Date:    2/26/2019

## ORDER REGARDING REAFFIRMATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through _____ is hereby
**ORDERED.**

**DATED: February 27, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

The Reaffirmation Agreement

between the Debtor(s) and _____Ford Motor Credit Company_____

_____ is:
            (Creditor)

_____ Approved

____X_____ Disapproved.

However, the Court finds and concludes that the Debtor(s) has fully complied with deadlines of

11 U.S.C. Sections 521(a)(2), 521(a)(6) and 362(h).  Accordingly, Creditor must seek further

order of this Court in order to exercise any remedies under the subject installment agreement

with respect to any pre-petition non-monetary defaults thereunder.

**IT IS FURTHER ORDERED** that in accordance with D.N.J. LBR 4001-2:

A secured creditor does not violate the automatic stay imposed by § 362 of the
Code or the discharge injunction imposed by § 524 of the Code when it sends any
of the following documents to the debtor:

(1)                                                                         a regular monthly
statement or payment coupon;

(2)                                                                         a reminder statement
which is informational only and does not demand payment;

(3)                                                                         a notice of the status of
an escrow account, including a notice regarding calculation of a new monthly payment
based on a change in the property tax or insurance premium; or

(4)                                                                         a notice of an adjustment
to a variable rate monthly mortgage payment resulting from a change in the interest rate.