**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Doris Helga Martin<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9309<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    18–34930–JNP | | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Doris Helga Martin
aka Doris Ferraro, aka Doris H. Ferraro

4/5/19                                                                 **By the court:**    Jerrold N. Poslusny Jr.
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318            **Order of Discharge**            page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 18-34930-JNP
Doris Helga Martin                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Apr 05, 2019
                              Form ID: 318             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.
```
db              +Doris Helga Martin,    7 North 5th Street,    National Park, NJ 08063-1107
517932770       +CareCentrix,    American Medical Collection Agency,    4 Westchester Plaza,   Building 4,
                  Elmsford, NY 10523-1612
517932773       +City of Philadelphia,    Parking Violations Branch,    913 Filbert Street,
                  Philadelphia, PA 19107-3117
517932777       +Dentistry of South Jersey,    Dr. Brady Sherly DMD,    640 Kings Highway,
                  Woodbury, NJ 08096-3145
517932783      ++FORSTER & GARBUS LLP,    60 VANDERBILT MOTOR PARKWAY,    P O BOX 9030,    COMMACK NY 11725-9030
                  (address filed with court: Forster & Garbus,    60 Motor Parkway,    Commack, NY 11725-5710)
517932784       +Inspira Health Network,    509 North Broad Street,    Woodbury, NJ 08096-1617
517932787       +Jefferson Surgery Center at Navy Yard,    3 Crescent Drive,    Suite 301,
                  Philadelphia, PA 19112-1017
517932788       +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Westmont, NJ 08108-2812
517932789       +Kristina G. Murtha, Esq.,    KML Law Group,    216 Haddon Avenue, Suite 406,
                  Mellon Independence Ctr, 701 Market St,    Westmont, NJ 08108-2812
517932792       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517932793       +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517932796       +NovaCare Rehabilitation,    4716 Gettysburg Road,    Mechanicsburg, PA 17055-4325
517932798        PA Turnpike,    ATTN: Professional Account Management LL,    PO Box 1153,
                  Milwaukee, WI 53201-1153
517932799       +Pennsylvania Turnpike Commission,    Violation Processing Center,    300 East Park Drive,
                  Harrisburg, PA 17111-2729
517932804       +ProCo,    PO Box 2462,    Aston, PA 19014-0462
517932805       +Recon Ortho Assoc II PC,    PO Bxo 757910,    Philadelphia, PA 19175-7910
517932806       +Riverview Surgery Center at the Navy Yar,    3 Crescent Drive,    Suite 310,
                  Philadelphia, PA 19112-1017
517932807       +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
517932809      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,    Department of the Treasury,
                  Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269)
517932808       +Select Physical Therapy,    ATTN: Nationwide Recovery Service,    545 W. Inman Street,
                  Cleveland, TN 37311-1768
517932811       +United Anes Serv PC,    PO Box 828962,    Philadelphia, PA 19182-8962
517932812        United Anesthesia Services,    ATTN: M2 Revenue Group,    991 Oak Creek Drive,
                  Lombard, IL 60148-6408
517932813        United Anesthesia Services PC,    ATTN: M2 Revenue Group,    360 E. 22nd Street,
                  Lombard, IL 60148-4924
517932814       +Veripro Solutions Inc.,    PO Box 3244,    Coppell, TX 75019-4293
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QJDMARCHAND.COM Apr 06 2019 02:48:00     Joseph Marchand,    117-119 West Broad St.,
                  PO Box 298,    Bridgeton, NJ 08302-0228
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 23:34:34      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 23:34:30      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr               EDI: FORD.COM Apr 06 2019 02:48:00      Ford Motor Credit Company, LLC,    P.O. Box 62180,
                  Colorado Springs, CO  80962
517932768        E-mail/Text: EBN_Greensburg@Receivemorermp.com Apr 05 2019 23:35:44
                  Berks Credit Collections,    PO Box 329,    Temple, PA 19560-0329
517932769       +E-mail/Text: clientrep@capitalcollects.com Apr 05 2019 23:35:41      Capital Collection Service,
                  PO Box 150,    West Berlin, NJ 08091-0150
517932772       +E-mail/Text: bankruptcy@philapark.org Apr 05 2019 23:35:26      City of Philadelphia,
                  Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
517932771       +E-mail/Text: bankruptcy@philapark.org Apr 05 2019 23:35:26      City of Philadelphia,
                  Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
517932774       +EDI: CONVERGENT.COM Apr 06 2019 02:48:00      Convergent Outsourcing,    800 SW 39th Street,
                  PO Box 9004,    Renton, WA 98057-9004
517932775        EDI: RCSDELL.COM Apr 06 2019 02:48:00      Dell,    PO Box 80409,    Austin, TX 78708-0409
517932776        EDI: RCSDELL.COM Apr 06 2019 02:48:00      Dell Financial Services,    One Dell Way,
                  MS RR2DF-36,    Round Rock, TX 78682
517932778       +EDI: DISCOVER.COM Apr 06 2019 02:48:00      Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
517932780        E-mail/Text: bankruptcy.bnc@ditech.com Apr 05 2019 23:33:54      Ditech,    PO Box 6172,
                  Rapid City, SD 57709-6172
517932779       +E-mail/Text: bankruptcy.bnc@ditech.com Apr 05 2019 23:33:54      Ditech,    Attn: Bankruptcy,
                  Po Box 6172,    Rapid City, SD 57709-6172
517932781        EDI: FORD.COM Apr 06 2019 02:48:00      Ford Credit,    National Bankruptcy Service Center,
                  PO Box 537901,    Livonia, MI 48153-7901
517932782        EDI: FORD.COM Apr 06 2019 02:48:00      Ford Credit,    PO Box 17948,    Greenville, SC 29606-8948
517932786        EDI: IRS.COM Apr 06 2019 02:48:00      Internal Revenue Service,    PO Box 21126,
                  Philadelphia, PA 19114
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Apr 05, 2019
                              Form ID: 318             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517932790         +EDI: FORD.COM Apr 06 2019 02:48:00      Lincoln Automotive Financial Service,    Attn: Bankruptcy,
                   Po Box 542000,    Omaha, NE 68154-8000
517932791          E-mail/Text: mmrgbk@miramedrg.com Apr 05 2019 23:34:36       M2 Revenue Group,    Dept 77313,
                   PO Box 77000,    Detroit, MI 48277-0313
517932794          E-mail/Text: helen.ledford@nrsagency.com Apr 05 2019 23:35:41       Nationwide Recovery Service,
                   PO Box 8005,    Cleveland, TN 37320-8005
517932795         +E-mail/Text: helen.ledford@nrsagency.com Apr 05 2019 23:35:41       Natiowide Recovery Service,
                   Attn: Bankruptcy,    Po Box 8005,    Cleveland, TN 37320-8005
517932797         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 23:34:30       Office of the U.S. Trustee,
                   District of New Jersey,    U.S. Department of Justice,    One Newark Center, Suite 2100,
                   Newark, NJ 07102-5235
517932800          EDI: PRA.COM Apr 06 2019 02:48:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517932802          EDI: PRA.COM Apr 06 2019 02:48:00      Portfolio Recovery Associates,    Disputes Department,
                   140 Corporate Blvd,    Norfolk, VA 23502
517932803          EDI: PRA.COM Apr 06 2019 02:48:00      Portfolio Recovery Associates, LLC,
                   120 Corporate Boulevard,    Norfolk, VA 23502
517932810         +E-mail/Text: cgrant@miomed.com Apr 05 2019 23:33:37       SyMed, Inc.,    2502 N. Clark Street,
                   Suite 210,    Chicago, IL 60614-1850
517932815         +EDI: VERIZONCOMB.COM Apr 06 2019 02:48:00      Verizon,    Verizon Wireless Bk Admin,
                   500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
                                                                                                TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517932785*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    Special Procedures Branch,
                   Bankruptcy Section,    PO Box 724,    Springfield, NJ 07081-0724)
517932801*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Assoc,    PO Box 12903,    Norfolk, VA 23541)
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2019 at the address(es) listed below:
```
              Joel R. Spivack    on behalf of Debtor Doris Helga Martin joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```